JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GLENN POWELL,<br><br>        Plaintiff,<br>    vs.<br>BLACKROCK ASSET MANAGEMENT, LLC and JOHN HARRIS,<br><br>        Defendants. | CASE NO. SACV 11-0517-JST (RNBx)<br><br>**JUDGMENT** |

After consideration of Plaintiff's Application for Default Judgment and Motion for Attorney's Fees, the Memoranda of Points and Authorities in support thereof, the Declarations of Glenn Powell, Rebecca Green, and Stephanie Tatar, and the pleadings of this matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff Glenn Powell in the amount of **$9,320.00** against Defendants Blackrock Asset Management, LLC and John Harris, to be jointly and severally liable, in addition to costs.

DATED: September 30, 2011            **JOSEPHINE STATON TUCKER**
                                     Honorable Josephine Staton Tucker
                                     **United States District Judge**

1